UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:05-CR-146 |
| ) | (Phillips) |
| ROBERT ANTOINE TRUSS, et al., ) | |

### ORDER

There being no timely objection by defendants, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 98] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on April 21, 2006, is hereby **ACCEPTED IN WHOLE** whereby defendants' motions to suppress [Docs. 54, 64, 83] are **DENIED.**

**ENTER:**

                                                s/ Thomas W. Phillips
                                     United States District Judge