UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:05-CR-146 |
| ) | (Phillips) |
| ROBERT ANTOINE TRUSS, et al., ) | |

## ORDER

There being no timely objection by defendants, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 95] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on April 14, 2006, is hereby **ACCEPTED IN WHOLE** whereby defendants' motions to dismiss the indictment [Docs. 62, 67] are **DENIED.**

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge